# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2016

Robert P. Young, Jr.,
Chief Justice

153346 & (60)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

FORD MOTOR COMPANY and FORD PARTS
& SERVICES DIVISION,
      Plaintiffs-Appellees,
      Cross-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellant,
      Cross-Appellee.

SC: 153346
COA: 322673
Ct of Claims: 06-000104-MT
             09-000105-MT

_____/

On order of the Court, the application for leave to appeal the December 15, 2015 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2016



Clerk

t1220